**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Willman Construction, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) <br><br> **42-1432189** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1129 W. 3rd Street** <br> **Davenport, IA 52802** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Scott** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Willman Construction, Inc.** _____    Case number (*if known*) _____
    Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __2362__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | | When | Case number, if known | |
| | _____ | | _____ | _____ | |

---

| Debtor | **Willman Construction, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district?***     *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Willman Construction, Inc.** | Case number (*if known*) | |
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2016**
               MM / DD / YYYY

**X /s/ Mark Willman**                 **Mark Willman**
Signature of authorized representative of debtor        Printed name

Title _____

**18. Signature of attorney**

**X /s/ Dale G. Haake**            Date   **April 15, 2016**
Signature of attorney for debtor                 MM / DD / YYYY

**Dale G. Haake**
Printed name

**Katz Nowinski P.C.**
Firm name

**1000 36th Avenue**
**Moline, IL 61265**
Number, Street, City, State & ZIP Code

Contact phone   **309/797-3000**      Email address   **dhaake@katzlawfirm.com**

**03124381**
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name      **Willman Construction, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2016**          X **/s/ Mark Willman**
                                              Signature of individual signing on behalf of debtor

                                              **Mark Willman**
                                              Printed name

                                              _____
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Willman Construction, Inc.** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Altorfer Inc.**<br>**PO Box 1347**<br>**Cedar Rapids, IA**<br>**52406-1347** | | **Equipment rental** | | | | **$10,343.00** |
| **Art-O-Lite Electric**<br>**230 52nd Street**<br>**Moline, IL 61265** | | **Subcontractor** | | | | **$24,397.00** |
| **Boyd Aluminum**<br>**Manufacturing**<br>**PO Box 1565**<br>**Springfield, MO**<br>**65801** | | **Materials (to be covered when money is recieved from Alacran)** | | | | **$58,866.00** |
| **Carpenters Funds of Illinois**<br>**28 North First Street**<br>**PO Box 791**<br>**Geneva, IL**<br>**60134-0791** | | **Union benefits** | **Unliquidated Disputed** | | | **$170,000.00** |
| **Conley's Trucking, Inc.**<br>**4376 Dawes Drive**<br>**Ames, IA 50010** | | **Trucking** | | | | **$5,441.17** |
| **E.J. Cattani & Son, Inc.**<br>**PO Box 485**<br>**Ladd, IL 61329** | | **Crane work** | | | | **$4,625.00** |
| **Forest Road Consulting, Inc.**<br>**1826 Rockingham Road**<br>**Davenport, IA**<br>**52802-1826** | | **Subcontractor** | | | | **$5,100.00** |
| **FW Asphalt**<br>**3712 24th Avenue**<br>**Rock Island, IL**<br>**61201** | | **Subcontractor** | | | | **$6,478.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Willman Construction, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| International Union of Operating Engineers 6200 Joliet Road La Grange, IL 60525-3992 | | Union benefits | Unliquidated Disputed | | | $43,000.00 |
| Iowa Mutual Accounts Receivable PO Box 290 De Witt, IA 52742-0290 | | Subcontractor | | | | $4,945.88 |
| Johnson Contracting Co. 2750 Morton Drive East Moline, IL 61244 | | Subcontractor | | | | $8,072.00 |
| Laborers' Local Union No. 309 2835 7th Avenue Rock Island, IL 61201 | | Union benefits | Unliquidated Disputed | | | $140,000.00 |
| McCarthy Improvement Company 5401 Victoria Avenue Davenport, IA 52807 | | Subcontractor | | | | $11,770.00 |
| Mohr Enterprises 3549 State Street Bettendorf, IA 52722 | | Subcontractor | | | | $14,569.00 |
| Operating Plasterers & Cement Masons Local 18 of Central Illinois 7909 42nd West Rock Island, IL 61201 | | Union benefits | Unliquidated Disputed | | | $35,000.00 |
| Quad City Bank & Trust 4500 N. Brady Street, Ste 100 Davenport, IA 52806 | | Apparently QCB&T let their UCC lapse when they had a change of agent, but without any intervening, secured creditor, probably regained their priority | | $412,971.98 | $400,000.00 | $12,971.98 |
| Rexco Equipment, Inc. 13500 118th Avenue Davenport, IA 52804 | | Equipment rental | | | | $15,178.05 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Willman Construction, Inc.**
_____   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Spahn & Rose Lumber Co. 250 Harrison Street PO Box 149 Dubuque, IA 52004-0149** | | **Materials** | | | | **$33,120.53** |
| **United Construction Co PO Box 4408 Davenport, IA 52808-4408** | | **Subcontractor** | | | | **$19,290.30** |
| **W. F. Scott Decorating, Inc. 2201 3rd Avenue Rock Island, IL 61201** | | **Subcontractor** | | | | **$4,689.00** |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims              page 3

**Fill in this information to identify the case:**

Debtor name       **Willman Construction, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:      **Summary of Assets**

---

1.      *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $          42,140.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $         479,560.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $         521,700.10

---

Part 2:      **Summary of Liabilities**

---

2.      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $         545,549.28

3.      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $         388,100.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$         270,871.79

4.      Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b                                                                                           $       1,204,521.07

**Fill in this information to identify the case:**

Debtor name        **Willman Construction, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Silver Business Checking** | **9034** | **$21,731.57** |
| 3.2. | **Northwest Bank & Trust Company** | **Commercial Checking** | **6450** | **$7,931.98** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $29,663.55 |
|---|

**Part 2:        Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Willman Construction, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 229,962.00 | - | 0.00 | =.... | $229,962.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $229,962.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Insulation, doors, inventory | 2013 | $49,170.00 | Recent cost | $49,170.00 |

| 23. | **Total of Part 5.** | $49,170.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **1000**  Valuation method    **Cost**    Current Value    **1000**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Willman Construction, Inc.**                                Case number *(If known)* _____
                 Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment** | $743.36 | IRS | $5,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                              $5,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **(3) Trailers** | $0.00 | | $12,000.00 |
| 47.2.  **2016 Ford F350 [VIN: ending 1929]** | $0.00 | Recent cost | $71,485.00 |
| 47.3.  **2016 Ford F350 [VIN ending 2156]** | $0.00 | Recent cost | $68,279.55 |
| 47.4.  **2010 Ford F250 Super Duty Regular Cab XL 4WD with 85,885 miles. Condition is good.** | $0.00 | | $14,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Willman Construction, Inc.**                              Case number *(If known)* _____
　　　　　Name

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                      | $165,764.55 |

　　　Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
　　　☐ No
　　　■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1 acre undeveloped, Blue Grass, Iowa Legal: Ware's Subdivision Lot: 001 Ware's Subdivision** | Fee simple | $0.00 | Assessment | $4,000.00 |
| 55.2.  **1123 W. 3rd Street, Davenport, Iowa (paved lot) Legal: GREEN'S 1ST ADD Lot: 017 Block: 002 GREEN'S 1ST ADD W 1/2 OF... Parcel #L0001-40** | Fee simple | $0.00 | Assessment | $20,110.00 |
| 55.3.  **1125 W. 3rd Street, Davenport, Iowa (lot and garage) Legal: GREEN 1ST ADD Lot: 016 Block: 002 GREEN'S 1ST ADD E1/2 OF...** | Fee simple | $0.00 | Assessment | $18,030.00 |

56.    **Total of Part 9.**                                                                      | $42,140.00 |

　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
　　　Copy the total to line 88.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Willman Construction, Inc.**                                    Case number *(If known)* _____
　　　　　　Name

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor  **Willman Construction, Inc.** _____  Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,663.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $229,962.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $49,170.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $165,764.55 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $42,140.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $479,560.10 | + 91b. $42,140.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $521,700.10 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Willman Construction, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1  Ford Credit**
Creditor's Name

PO Box 7900093
Saint Louis, MO 63179-0093
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2/2/16**
Last 4 digits of account number
**0843**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| **2016 Ford F350 [VIN: ending 1929]** | $73,916.36 | $71,485.00 |

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Ford Credit**
Creditor's Name

PO Box 790093
Saint Louis, MO 63179-0093
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2/9/16**
Last 4 digits of account number
**0251**
Do multiple creditors have an interest in the same property?

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| **2016 Ford F350 [VIN ending 2156]** | $58,660.94 | $68,279.55 |

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Willman Construction, Inc.**   Case number (if know)
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Quad City Bank & Trust** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Apparently QCB&T let their UCC lapse when
they had a change of agent, but without any
intervening, secured creditor, probably
regained their priority when they refiled in
2013. 9-515(a) 5 years.**

$412,971.98   $400,000.00

**4500 N. Brady Street, Ste
100
Davenport, IA 52806**

Creditor's mailing address

**Describe the lien**

**UCC/Mortgage on real property; UCC on A/R,
machinery and equipment.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Refiled in 2013**

**Last 4 digits of account number**
**6574**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$545,549.28**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Willman Construction, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Carpenters Funds of Illinois**<br>**28 North First Street**<br>**PO Box 791**<br>**Geneva, IL 60134-0791** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $170,000.00 | $170,000.00 |
| Date or dates debt was incurred<br>**2014-2015** | Basis for the claim:<br>**Union benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**International Union of Operating Engineers**<br>**6200 Joliet Road**<br>**La Grange, IL 60525-3992** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $43,000.00 | $43,000.00 |
| Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Union benefits** | | |
| Last 4 digits of account number **0050**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Willman Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140,000.00 | $140,000.00 |

**2.3** Priority creditor's name and mailing address
**Laborers' Local Union No. 309**
**2835 7th Avenue**
**Rock Island, IL 61201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

$140,000.00   $140,000.00

Date or dates debt was incurred
**2015**

Basis for the claim:
**Union benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

---

**2.4** Priority creditor's name and mailing address
**Operating Plasterers & Cement Masons**
**Local 18 of Central Illinois**
**7909 42nd West**
**Rock Island, IL 61201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

$35,000.00   $35,000.00

Date or dates debt was incurred
**2015**

Basis for the claim:
**Union benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

---

**2.5** Priority creditor's name and mailing address
**The Construction Industry Welfare Fund**
**c/o Troy E. Haggestad, Esq.**
**120 West State Street, Suite 400**
**Rockford, IL 61101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

$100.00   $100.00

Date or dates debt was incurred
**2015**

Basis for the claim:
**Union benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Altorfer Inc.**
**PO Box 1347**
**Cedar Rapids, IA 52406-1347**

Date(s) debt was incurred  **11/15-12/15**
Last 4 digits of account number  **0362**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental**

Is the claim subject to offset?  ■ No  ☐ Yes

$10,343.00

---

**3.2** Nonpriority creditor's name and mailing address
**Art-O-Lite Electric**
**230 52nd Street**
**Moline, IL 61265**

Date(s) debt was incurred  **3/15-4/15**
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?  ■ No  ☐ Yes

$24,397.00

---

Debtor    **Willman Construction, Inc.**    Case number (if known)
_____
Name

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,866.00 |
|---|---|---|---|

**Boyd Aluminum Manufacturing**
**PO Box 1565**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/13**

Last 4 digits of account number  **0900**

Basis for the claim:  **Materials (to be covered when money is recieved from Alacran)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.35 |
|---|---|---|---|

**Burnett Hardware**
**226 East 48th Street**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15**

Last 4 digits of account number  **N/A**

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Central Laborers' Pension Fund, et al.**
**c/o John P. Leahy**
**Cavanagh & O'Hara LLP**
**2319 W. Jefferson Street**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **US District Court - Central District of Illinois Civil Action No. 16-3076**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chicago Regional Counsel of Carpenters**
**c/o Gregory N. Freekrksen**
**111 East Wacker Drive, Suite 2600**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,441.17 |
|---|---|---|---|

**Conley's Trucking, Inc.**
**4376 Dawes Drive**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  **4615**

Basis for the claim:  **Trucking**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Construction Industry Retirement Fund**
**of Rockford Illinois**
**c/o Williams McCarthy**
**PO Box 219**
**Rockford, IL 61105-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **United States District Court - Northern District of Illinois Case No. 16-cv-50066**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,950.00 |
|---|---|---|---|

**Dollinger Massonry LLC**
**528 East Locust St.**
**Lanark, IL 61046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **N/A**

Last 4 digits of account number  **815**

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Willman Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Double M Trucking**
**PO Box 158**
**Peru, IL 61354**

Date(s) debt was incurred  __11/15-12/15__

Last 4 digits of account number  __N/A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trucking of equipment__

Is the claim subject to offset? ■ No ☐ Yes

$3,817.59

---

**3.11**

**Nonpriority creditor's name and mailing address**

**E.J. Cattani & Son, Inc.**
**PO Box 485**
**Ladd, IL 61329**

Date(s) debt was incurred  __N/A__

Last 4 digits of account number  __415__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Crane work__

Is the claim subject to offset? ■ No ☐ Yes

$4,625.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Eljon Crane, Inc.**
**PO Box 4636**
**Davenport, IA 52808**

Date(s) debt was incurred  __4/15__

Last 4 digits of account number  __N/A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Crane work__

Is the claim subject to offset? ■ No ☐ Yes

$4,440.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Fastenal Company**
**PO Box 978**
**Winona, MN 55987-0978**

Date(s) debt was incurred  __1/16-2/16__

Last 4 digits of account number  __0131__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Materials__

Is the claim subject to offset? ■ No ☐ Yes

$322.56

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Fleetmatics**
**PO Box 347472**
**Pittsburgh, PA 15251-4472**

Date(s) debt was incurred  __1/15-7/15__

Last 4 digits of account number  __3125__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __GPS for fleet (discontinued)__

Is the claim subject to offset? ■ No ☐ Yes

$3,640.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Forest Road Consulting, Inc.**
**1826 Rockingham Road**
**Davenport, IA 52802-1826**

Date(s) debt was incurred  __10/14__

Last 4 digits of account number  __N/A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

$5,100.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Forms, Inc.**
**PO Box 1064**
**Moline, IL 61266-1064**

Date(s) debt was incurred  __4/15-11/15__

Last 4 digits of account number  __N/A__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment rental__

Is the claim subject to offset? ■ No ☐ Yes

$4,394.12

---

| Debtor | **Willman Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,478.00** |
|---|---|---|---|

**FW Asphalt**
**3712 24th Avenue**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/15

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  N/A

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,945.88** |
|---|---|---|---|

**Iowa Mutual Accounts Receivable**
**PO Box 290**
**De Witt, IA 52742-0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/15

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  N/A

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.45** |
|---|---|---|---|

**Jack's Brake & Alignment**
**2160 W. River Drive**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/14

**Basis for the claim:**  Repair

**Last 4 digits of account number**  N/A

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,532.79** |
|---|---|---|---|

**Jim Hawk Truck Trailers**
**900 West 76th Street**
**Davenport, IA 52806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  10/14-3/15

**Basis for the claim:**  Trailer rental

**Last 4 digits of account number**  9742

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,072.00** |
|---|---|---|---|

**Johnson Contracting Co.**
**2750 Morton Drive**
**East Moline, IL 61244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/16-2/16

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  N/A

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,770.00** |
|---|---|---|---|

**McCarthy Improvement Company**
**5401 Victoria Avenue**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/15

**Basis for the claim:**  Subcontractor

**Last 4 digits of account number**  LCON

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$439.77** |
|---|---|---|---|

**MidAmerican Energy**
**PO Box 8020**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2014

**Basis for the claim:**  Gas & electric services

**Last 4 digits of account number**  N/A

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Willman Construction, Inc.** | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,486.00**

**Missman, Inc.**
**1011 27th Avenue**
**PO Box 6040**
**Rock Island, IL 61204-6040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/14-1/16**

Basis for the claim:  **Architect/engineering**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,569.00**

**Mohr Enterprises**
**3549 State Street**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14-10/15**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,342.85**

**PerMar Security Services**
**PO Box 1101**
**Davenport, IA 52805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14-10/15**

Basis for the claim:  **Security Services**

Last 4 digits of account number  **5700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,178.05**

**Rexco Equipment, Inc.**
**13500 118th Avenue**
**Davenport, IA 52804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/13-10/15**

Basis for the claim:  **Equipment rental**

Last 4 digits of account number  **3884**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.88**

**RK Dixon**
**PO Box 856699**
**Minneapolis, MN 55485-6699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/16**

Basis for the claim:  **Contract for copier**

Last 4 digits of account number  **WC21**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,110.00**

**Robertson Manufacturing**
**4812 - C Kimmel Drive**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15-9/15**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,120.53**

**Spahn & Rose Lumber Co.**
**250 Harrison Street**
**PO Box 149**
**Dubuque, IA 52004-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16**

Basis for the claim:  **Materials**

Last 4 digits of account number  **l326**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Willman Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**State Farm Insurance**
**222 South 84th Street**
**PO Box 83106**
**Lincoln, NE 68501-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/16**

Basis for the claim:  **Bond renewal**

Last 4 digits of account number  **3772**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Board of Trustees of Carpenters**
**Fringe Benefit Fund of Illinois**
**c/o Timothy Feeney**
**329 18th Street**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim:  **US District Court - Southern District of Iowa**
**Case No. 15-cv-126**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,780.00**

**Thompson Trucking Inc.**
**1878 205th Street**
**Muscatine, IA 52761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/15**

Basis for the claim:  **Trucking**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,291.35**

**Tri-State Sprinkler**
**5570 Carey Avenue**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/15**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **ILLM**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,290.30**

**United Construction Co**
**PO Box 4408**
**Davenport, IA 52808-4408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/15-1/16**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,768.15**

**Universal Premier Fleet Card**
**PO Box 923928**
**Norcross, GA 30010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/16**

Basis for the claim:  **Fuel for fleet**

Last 4 digits of account number  **A877**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,689.00**

**W. F. Scott Decorating, Inc.**
**2201 3rd Avenue**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/15**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Willman Construction, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,176.00** |
|---|---|---|---|

**Westbend Mutual Insurance**
**1900 S. 18th Avenue**
**West Bend, WI 53095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15**

Last 4 digits of account number  **4739**

Basis for the claim:  **Bond**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **388,100.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **270,871.79** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **658,971.79** |

**Fill in this information to identify the case:**

Debtor name    **Willman Construction, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest      **Subcontractor on Parker Building contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BSI Constructors**<br>**6767 Southwest Ave**<br>**Saint Louis, MO 63143** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carpenters Funds of Illinois**<br>**28 North First Street**<br>**PO Box 791**<br>**Geneva, IL 60134-0791** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest      **Dental provider**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Delta Dental**<br>**9000 Northpark Drive**<br>**Johnston, IA 50131** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest      **Office rug rental**<br><br>State the term remaining<br><br>List the contract number of any government contract | **G&K Services**<br>**7813 Solution Center**<br>**Chicago, IL 60677-7008** |

Debtor 1   **Willman Construction, Inc.**
First Name         Middle Name         Last Name                    Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **DIP is on-call subcontractor** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Genesis Maintenance**<br>**299 Market Street, Suite 230**<br>**Saddle Brook, NJ 07663** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Walmart tear-out; misc. construction.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hussmann**<br>**710 E. 59th Street**<br>**Davenport, IA 52807** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-structure for tank base frame** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Intergrated Technologies**<br>**186 College Street, 4th Floor**<br>**Burlington, VT 05401** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Union agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **International Union of Operating Engineers**<br>**6200 Joliet Road**<br>**La Grange, IL 60525-3992** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation & liabilty** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Iowa Mutual**<br>**PO Box 290**<br>**De Witt, IA 52742-0290** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Union agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Iron Worker Mid-American Pension Fund**<br>**2350 E. 1700 Street**<br>**Lansing, IL 60438** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1    **Willman Construction, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　_____

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Retainer Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Katz Nowinski P.C.**<br>**1000 36th Avenue**<br>**Moline, IL 61265** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Continuing (60 days notice prior to change)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Laborers' Local Union No. 309**<br>**2835 7th Avenue**<br>**Rock Island, IL 61201** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month real estate lease for 1129 W. Third Street, Davenport, IA 52802** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mark & Ellen Willman**<br>**11385 74th Avenue**<br>**Blue Grass, IA 52726** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mediacom**<br>**PO Box 5744**<br>**Palatine, IL 60094** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Continuing (90 days notice of intention to change)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Midwest Insulation Contractors Assoc of Eastern IA & Western IL (Local 81)**<br>**5000 J Street SW**<br>**Rm 201**<br>**Cedar Rapids, IA 52404** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Misc. work** |
|---|---|---|
| | | **Modern Piping**<br>**500 North Walford Road**<br>**Cedar Rapids, IA 52404** |

Debtor 1    **Willman Construction, Inc.**
_____    Case number _(if known)_ _____
First Name        Middle Name        Last Name

<span style="background-color:#3d0033">      </span>    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Demo locker room** |
|---|---|---|

State the term remaining

List the contract number of any
government contract    _____    **Modern Piping**
**500 North Walford Road**
**Cedar Rapids, IA 52404**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Building boiler room** |
|---|---|---|

State the term remaining

List the contract number of any
government contract    _____    **Modern Piping**
**500 North Walford Road**
**Cedar Rapids, IA 52404**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Union agreeement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract    _____    **Operating Plasterers & Cement Masons**
**Local 18 of Central Illinois**
**7909 42nd West**
**Rock Island, IL 61201**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control services** |
|---|---|---|

State the term remaining

List the contract number of any
government contract    _____    **Orkin Exterminating**
**PO Box 2351**
**Davenport, IA 52809**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract    _____    **Permier Plaster and Drywall**
**3131 W. 76th Street, Suite 31**
**Davenport, IA 52806**

---

| Debtor 1 | **Willman Construction, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment** | |
|---|---|---|---|
| | State the term remaining | | **RK Dixon**<br>**PO Box 85669**<br>**Minneapolis, MN 55485-6699** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Repair boat dock anchors** | |
|---|---|---|---|
| | State the term remaining | | **Rock Island Integrated Services**<br>**Attn: RIIS GM**<br>**Rock Island Arsenal**<br>**Rock Island, IL 61299-7680** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Repair boat dock anchors** | |
|---|---|---|---|
| | State the term remaining | | **Rock Island Integrated Services**<br>**Attn: RIIS GM**<br>**Rock Island Arsenal**<br>**Rock Island, IL 61299-7680** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Install storm sewer & water main** | |
|---|---|---|---|
| | State the term remaining | | **Ryan & Associates Inc.**<br>**10955 160th Street**<br>**Davenport, IA 52804** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Insulate & PVC JKT 3' condensate** | |
|---|---|---|---|
| | State the term remaining | | **Ryan & Associates Inc.**<br>**10955 160th Street**<br>**Davenport, IA 52804** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Repair insulation after heat trace and others** | |
|---|---|---|---|
| | State the term remaining | | **Ryan & Associates Inc.**<br>**10955 160th Street**<br>**Davenport, IA 52804** |
| | List the contract number of any | | |

Debtor 1   **Willman Construction, Inc.**                                    Case number *(if known)*
             First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Masonry, restoration and window replacement at Jo Daviess Courthouse | |
|---|---|---|---|
| | State the term remaining | | Sheriff Kevin W. Turner |
| | List the contract number of any government contract | | Jo Daviess County<br>330 N. Bench Street<br>Galena, IL 61036 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Masonry restoration and window replacement. | |
|---|---|---|---|
| | State the term remaining | | Shive Hattery |
| | List the contract number of any government contract | | 1701 River Drive, Suite 200<br>Moline, IL 61265 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Accounting Services | |
|---|---|---|---|
| | State the term remaining | | Steve Campana |
| | List the contract number of any government contract | | Honkamp Krueger & Co. PC<br>PO Box 699<br>Dubuque, IA 52004-0699 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Equipment rental | |
|---|---|---|---|
| | State the term remaining | | Tri-State Construction Services Inc. |
| | List the contract number of any government contract | | PO Box 218<br>Davenport, IA 52805 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Group health insurance | |
|---|---|---|---|
| | State the term remaining | | United Healthcare |
| | List the contract number of any government contract | | PO Box 88832<br>Chicago, IL 60695-1832 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Pipe support asphalt patch | US Oil<br>Bettendorf Terminal<br>2925 Depot Street<br>Bettendorf, IA 52722 |
|---|---|---|---|

Debtor 1   **Willman Construction, Inc.**                                                    Case number *(if known)*
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract                        _____

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Cell phone contract** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract                        _____

**Verizon**
**PO Box 25505**
**Lehigh Valley, PA 18002-5505**

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract                        _____

**Western Structural Steel**
**3201 4th Avenue**
**Moline, IL 61265**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Willman Construction, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Mark Willman & Ellen Willman** | **11385 74th Avenue Blue Grass, IA 52726** | **Quad City Bank & Trust** | ☑ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Willman Construction, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF IOWA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**
From  **1/01/2016** to **Filing Date** | ■ Operating a business
☐ Other _____ | **$317,700.29** |
| **For prior year:**
From  **1/01/2015** to **12/31/2015** | ■ Operating a business
☐ Other _____ | **$3,947,055.85** |
| **For year before that:**
From  **1/01/2014** to **12/31/2014** | ■ Operating a business
☐ Other _____ | **$5,334,858.00** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Willman Construction, Inc.**                                   Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Quad City Bank & Trust**<br>**4500 N. Brady Street**<br>**Davenport, IA 52806** | **Took cash value of life insurance**<br>Last 4 digits of account number: _____ | **March 2016** | **$65,000.00** |

---

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gierke Robinson Co. v.<br>Willman Construction<br>LACE126797** | **Unpaid Invoices** | **Scott County Circuit Clerk<br>400 W. 4th Street<br>Davenport, IA 52801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **The Construction Industry<br>Welfare Fund of Rockford, IL<br>v. Willman Construction, Inc.<br>16-50066** | **Civil** | **United States District Court<br>Northern District of Illinois** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Willman Construction, Inc. v.<br>Alarcran Contracting, LLC<br>Case No. 14L42** | **Civil** | **Circuit Court for the 17th<br>Judicial Circ<br>Winnebago County, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Chicago Regional Council of<br>Carpenters, et al v. Willman<br>Construction, Inc.<br>1:15-cv-10163** | | **United States District Court<br>Northern District of Illinois -<br>Rockford<br>Stanley J. Roszkowski<br>327 South Church Street<br>Rockford, IL 61101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Willman Construction, Inc.**                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **The Board of Trustees of Carpenters Fringe Benefit Funds fo Illinois v. Willman Construction, Inc.**<br>**3:15-cv-00126** | **Civil** | **United States District Court**<br>**Southern District of Iowa** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Central Laborers' Pension Fund et al v. Willman Constrcution, Inc.**<br>**3:16-cv-03076** | | **United States District Court**<br>**Central District of Illinois**<br>**211 19th Street**<br>**Rock Island, IL 61201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Willman Construction, Inc. v. Westchester Insurance Company**<br>**4:14-cv-04082** | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor    **Willman Construction, Inc.**                                      Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Katz Nowinski P.C.** **1000 36th Avenue** **Moline, IL 61265** | | **2/19/16** | **$500.00** |
| **Email or website address** **dhaake@katzlawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Katz Nowinski P.C.** **1000 36th Avenue** **Moline, IL 61265** | | **2/29/16** | **$1,700.00** |
| **Email or website address** **dhaake@katzlawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. **Katz Nowinski P.C.** **1000 36th Avenue** **Moline, IL 61265** | | **2/29/16** | **$5,000.00** |
| **Email or website address** **dhaake@katzlawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.4. **Katz Nowinski P.C.** **1000 36th Avenue** **Moline, IL 61265** | | **3/4/16** | **$17.00** |
| **Email or website address** **dhaake@katzlawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.5. **Katz Nowinski P.C.** **1000 36th Avenue** **Moline, IL 61265** | | **3/24/16** | **$15,000.00** |
| **Email or website address** **dhaake@katzlawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | Willman Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | **Katz Nowinski P.C. 1000 36th Avenue Moline, IL 61265** | **Attorney Fees** | **4/13/16** | **$5,000.00** |
| | **Email or website address dhaake@katzlawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
  List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
  Do not include transfers already listed on this statement.

  ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
  List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

  ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **2013 Ford - vin ending 3319 2014 Ford F250 vin ending 2174 Gross trade-in allowance as $34,000.00 2013 Ford F250 vin ending 3619 ($31,500.00) 2012 Ford F250 vind ending 3619 ($15,500.00)** | | |
| | **Lindquist Ford** | **No exact date, but in approximately same time period** | **On or about February 2016** | **$81,000.00** |
| | **Relationship to debtor None** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
  List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

  ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
  Is the debtor primarily engaged in offering services and facilities for:
  - diagnosing or treating injury, deformity, or disease, or
  - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Willman Construction, Inc.**                                    Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black;color:white">**Part 9:**</div> **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

<div style="background:black;color:white">**Part 10:**</div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Quad City Bank & Trust 4500 N. Brady Street Davenport, IA 52806** | **XXXX-6964** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2015** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Willman Construction, Inc.**                                          Case number *(if known)* _____

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| - | | **None other than leased or rented property on Schedule G.** | $0.00 |

---

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor    **Willman Construction, Inc.** _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Tri-State Construction Services, Inc.**<br>**PO Box 218**<br>**Davenport, IA 52805** | **Construction/Maintenance Contractor** | EIN:    **20-1801789**<br><br>From-To    **October 2004 - present** |
| 25.2. **Willco Properties, LLC**<br>**1129 W. 3rd Street**<br>**Davenport, IA 52802** | **Property** | EIN:    **42-1523750**<br><br>From-To    **August 2001-present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Steve Campana**<br>**Honkamp Krueger & Co. PC**<br>**PO Box 699**<br>**Dubuque, IA 52004-0699** | **Yearly taxes and 2013 review**<br>**(Formally Doyle & Keenan, P.C.)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Steve Campana**<br>**Honkamp Krueger & Co. PC**<br>**PO Box 699**<br>**Dubuque, IA 52004-0699** | **Formerly Doyle & Keenan, P.C.** |
| 26c.2.    **Katz Nowinski P.C.**<br>**1000 36th Avenue**<br>**Moline, IL 61265** | |
| 26c.3.    **Ellen & Mark Willman** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor   **Willman Construction, Inc.**                                                   Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Willman** | **11385 74th Avenue Blue Grass, IA 52726** | **President, Treasurer** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ellen Willman** | **11385 74th Avenue Blue Grass, IA 52726** | **Secretary** | **50%** |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mark Willman/Ellen Willman 11385 74th Aveneu Blue Grass, IA 52726** | **$1,200 per month** | **Monthly** | **"Deemed" real estate rental payment** |
| | **Relationship to debtor Sole shareholders** | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

Debtor    **Willman Construction, Inc.**                                           Case number *(if known)*

---

| **Part 14:** | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2016**

**/s/ Mark Willman**                                          **Mark Willman**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Iowa

In re **Willman Construction, Inc.** _____  Case No. _____

Debtor(s)    Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept as per contract and court order ................ $ _____ **N/A**

    Prior to the filing of this statement I have received ($15,000 in trust at filing) ........ $ _____ **$25,500.00**

    Balance Due as per contract and court order ............................................ $ _____ **N/A**

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; Retainer Agreement and Engagement Letter.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Tax, marketing, accounting, or non-bankruptcy legal services.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        /s/ Dale G. Haake
_Date_                                  **Dale G. Haake 03124381**
                                        _Signature of Attorney_
                                        **Katz Nowinski P.C.**
                                        **1000 36th Avenue**
                                        **Moline, IL 61265**
                                        **309/797-3000  Fax: 309/797-3330**
                                        **dhaake@katzlawfirm.com**
                                        _Name of law firm_

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Willman Construction, Inc.**

                                          Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Willman & Ellen Willman**<br>**11385 74th Aveneu**<br>**Blue Grass, IA 52726** | | **1000 shares (50/50)** | **common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 15, 2016**

Signature  **/s/ Mark Willman**

                        **Mark Willman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Willman Construction, Inc.**            Case No.
                                      Debtor(s)        Chapter    **11**

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the  of the corporation named as the debtor in this case, declare under penalty of

perjury that I have read the attached Master Address List (creditor matrix), consisting

of   **6**   pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   **April 15, 2016**                    **/s/ Mark Willman**
                                             **Mark Willman**/
                                             Signer/Title

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Altorfer Inc.
PO Box 1347
Cedar Rapids, IA 52406-1347

Art-O-Lite Electric
230 52nd Street
Moline, IL 61265

Boyd Aluminum Manufacturing
PO Box 1565
Springfield, MO 65801

BSI Constructors
6767 Southwest Ave
Saint Louis, MO 63143

Burnett Hardware
226 East 48th Street
Davenport, IA 52807

Carpenters Funds of Illinois
28 North First Street
PO Box 791
Geneva, IL 60134-0791

Central Laborers' Pension Fund, et al.
c/o John P. Leahy
Cavanagh & O'Hara LLP
2319 W. Jefferson Street
Springfield, IL 62702

Chicago Regional Counsel of Carperteners
c/o Gregory N. Freekrksen
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Conley's Trucking, Inc.
4376 Dawes Drive
Ames, IA 50010

Construction Industry Retirement Fund
of Rockford Illinois
c/o Williams McCarthy
PO Box 219
Rockford, IL 61105-0219

Delta Dental
9000 Northpark Drive
Johnston, IA 50131

Dollinger Massonry LLC
528 East Locust St.
Lanark, IL 61046

Double M Trucking
PO Box 158
Peru, IL 61354

E.J. Cattani & Son, Inc.
PO Box 485
Ladd, IL 61329

Eljon Crane, Inc.
PO Box 4636
Davenport, IA 52808

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Fleetmatics
PO Box 347472
Pittsburgh, PA 15251-4472

Ford Credit
PO Box 7900093
Saint Louis, MO 63179-0093

Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093

Forest Road Consulting, Inc.
1826 Rockingham Road
Davenport, IA 52802-1826

Forms, Inc.
PO Box 1064
Moline, IL 61266-1064

FW Asphalt
3712 24th Avenue
Rock Island, IL 61201

G&K Services
7813 Solution Center
Chicago, IL 60677-7008

Genesis Maintenance
299 Market Street, Suite 230
Saddle Brook, NJ 07663

Hussmann
710 E. 59th Street
Davenport, IA 52807

Intergrated Technologies
186 College Street, 4th Floor
Burlington, VT 05401

International Union of Operating
Engineers
6200 Joliet Road
La Grange, IL 60525-3992

Iowa Mutual
PO Box 290
De Witt, IA 52742-0290

Iowa Mutual Accounts Receivable
PO Box 290
De Witt, IA 52742-0290

Iron Worker Mid-American Pension Fund
2350 E. 1700 Street
Lansing, IL 60438

Jack's Brake & Alignment
2160 W. River Drive
Davenport, IA 52802

Jim Hawk Truck Trailers
900 West 76th Street
Davenport, IA 52806

Johnson Contracting Co.
2750 Morton Drive
East Moline, IL 61244

Katz Nowinski P.C.
1000 36th Avenue
Moline, IL 61265

Laborers' Local Union No. 309
2835 7th Avenue
Rock Island, IL 61201

Mark & Ellen Willman
11385 74th Avenue
Blue Grass, IA 52726

Mark Willman & Ellen Willman
11385 74th Avenue
Blue Grass, IA 52726

McCarthy Improvement Company
5401 Victoria Avenue
Davenport, IA 52807

Mediacom
PO Box 5744
Palatine, IL 60094

MidAmerican Energy
PO Box 8020
Davenport, IA 52808

Midwest Insulation Contractors Assoc
of Eastern IA & Western IL (Local 81)
5000 J Street SW
Rm 201
Cedar Rapids, IA 52404

Missman, Inc.
1011 27th Avenue
PO Box 6040
Rock Island, IL 61204-6040

Modern Piping
500 North Walford Road
Cedar Rapids, IA 52404

Mohr Enterprises
3549 State Street
Bettendorf, IA 52722

Operating Plasterers & Cement Masons
Local 18 of Central Illinois
7909 42nd West
Rock Island, IL 61201

Orkin Exterminating
PO Box 2351
Davenport, IA 52809

PerMar Security Services
PO Box 1101
Davenport, IA 52805

Permier Plaster and Drywall
3131 W. 76th Street, Suite 31
Davenport, IA 52806

Quad City Bank & Trust
4500 N. Brady Street, Ste 100
Davenport, IA 52806

Rexco Equipment, Inc.
13500 118th Avenue
Davenport, IA 52804

RK Dixon
PO Box 856699
Minneapolis, MN 55485-6699

RK Dixon
PO Box 85669
Minneapolis, MN 55485-6699

Robertson Manufacturing
4812 - C Kimmel Drive
Davenport, IA 52802

Rock Island Integrated Services
Attn: RIIS GM
Rock Island Arsenal
Rock Island, IL 61299-7680

Ryan & Associates Inc.
10955 160th Street
Davenport, IA 52804

Sheriff Kevin W. Turner
Jo Daviess County
330 N. Bench Street
Galena, IL 61036

Shive Hattery
1701 River Drive, Suite 200
Moline, IL 61265

Spahn & Rose Lumber Co.
250 Harrison Street
PO Box 149
Dubuque, IA 52004-0149

State Farm Insurance
222 South 84th Street
PO Box 83106
Lincoln, NE 68501-3106

Steve Campana
Honkamp Krueger & Co. PC
PO Box 699
Dubuque, IA 52004-0699

The Board of Trustees of Carpenters
Fringe Benefit Fund of Illinois
c/o Timothy Feeney
329 18th Street
Rock Island, IL 61201

The Construction Industry Welfare Fund
c/o Troy E. Haggestad, Esq.
120 West State Street, Suite 400
Rockford, IL 61101

Thompson Trucking Inc.
1878 205th Street
Muscatine, IA 52761

Tri-State Construction Services Inc.
PO Box 218
Davenport, IA 52805

```
Tri-State Sprinkler
5570 Carey Avenue
Davenport, IA 52807

United Construction Co
PO Box 4408
Davenport, IA 52808-4408

United Healthcare
PO Box 88832
Chicago, IL 60695-1832

Universal Premier Fleet Card
PO Box 923928
Norcross, GA 30010

US Oil
Bettendorf Terminal
2925 Depot Street
Bettendorf, IA 52722

Verizon
PO Box 25505
Lehigh Valley, PA 18002-5505

W. F. Scott Decorating, Inc.
2201 3rd Avenue
Rock Island, IL 61201

Westbend Mutual Insurance
1900 S. 18th Avenue
West Bend, WI 53095

Western Structural Steel
3201 4th Avenue
Moline, IL 61265
```

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Willman Construction, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Willman Construction, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 15, 2016**

Date

**/s/ Dale G. Haake**

**Dale G. Haake 03124381**

Signature of Attorney or Litigant

Counsel for    **Willman Construction, Inc.**

**Katz Nowinski P.C.**
**1000 36th Avenue**
**Moline, IL 61265**
**309/797-3000 Fax:309/797-3330**
**dhaake@katzlawfirm.com**