## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy No. 16-00774-lmj11 |
| WILLMAN CONSTRUCTION, INC., | ) | |
| | ) | **OBJECTION TO PROPOSED** |
| Debtor. | ) | **DISCLOSURE STATEMENT** |

The United States Trustee hereby raises the following objections to the above entitled debtor's proposed disclosure statement.

Pursuant to 11 U.S.C. § 1125 a disclosure statement, in order to be approved, must contain "adequate information." Section 1125 defines adequate information as "information of that kind, and in sufficient detail, as fair as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, that would provide a hypothetical reasonable investor typical of holders of claims or interest of the relevant class to make an informed judgment about the plan." The disclosure statement in this case is insufficient, that it fails to provide adequate information, due to the failure to include information related to the following:

1. As acknowledged by Debtor, the 2015 financial statements and year to date 2016 financial statements produced thus far are materially deficient. Despite having eventually secured an accountant, approved on September 7, 2016, the United States Trustee has not received *any* revised accounting. Likewise, each monthly operating report filed to date fails to include a comparative balance sheet or income statement, citing "awaiting accountant." The information that is provided is not reconciled in any fashion. In sum, Debtor's Exhibits 3A, 3B and 4 as referenced under "VII. Current and Historical Financial Condition" cannot be reasonably relied upon in evaluating Debtor's true financial condition and therefore does not provide adequate information which would allow interested parties the ability to make an informed decision regarding the proposed plan.

2. Debtor's Exhibit 5 projected cash flows and Exhibit 6 open jobs report faces similar issues as they are under "substantial revision" by Debtor's accountant. The valuation or *pro forma* financial

projections that would be relevant to creditors' determinations of whether to accept or reject the plan are arguably misleading. There is no mention of the nature and extent of Debtor's owner, Mark Willman's, affiliation with Tri-State Construction Services, Inc. (Tri-State). Mr. Willman is the sole owner of both companies. Tri-State is the primary sub-contractor of Debtor, the companies share staff, equipment, and overall business dealings. Tri-State further accounts for a large percentage of Debtor's monthly payables.

    3. A significant shift in the areas of construction occurred from Debtor to Tri-State within one year prior to the commencement of this case due largely to union disputes. This transition of work materially altered the nature of Debtor's business going forward. These circumstances giving rise to the filing of the bankruptcy petition is also absent from the disclosure statement.

    4. Debtor's June 2016 monthly operating report reflects 0-30 day aged payables owed to Tri-State in the amount of $127,086.83. This amount increased substantially, and in addition to, $91,972.80 reported in May and $43,394.28 in April. Debtor's July 2016 monthly operating report reflects cash disbursements of $48,696.01 paid to Tri-State, leaving a balance of $78,390.82. Coincidentally, Tri-State then disappears entirely from Debtor's July 2016 aged payables. The balance from the previous month is not included as 31-60 days aged. No new 0-30 payables owed to Tri-State are reflected. Thus, insufficient information is provided to evaluate the previous trend of payable growth attributable to Tri-State and how that relates to Debtor's boasted gross billed and unbilled revenue figures.

    5. The following additional elements, from the nonexclusive and nonexhaustive list of information determined by *Dakota Rail*, 104 B.R. 142-143, to be included in a disclosure statement, are missing from the document proposed by Debtor:

    a. The description of liabilities and plan treatment set forth in the disclosure statement conflicts with the attached Exhibit 1, plan of reorganization, in a number of ways. The referenced plan is not confirmation as it fails to meet various requirements set forth in 11 U.S.C. § 1129, *et seq,* and is incomplete on its face;

    b. The disclosure statement fails to address information relevant to risks taken by the

    c. The disclosure statement or referenced plan do not lay out in sufficient detail as to properly inform and educate creditors and other interested parties with regard to treatment of claims and equity interests pursuant to 11 U.S.C. §§ 506 and 507, and the confirmation requirements and procedures imposed by 11 U.S.C. § 1129(a) or (b).

WHEREFORE, the United States Trustee respectfully requests the Court deny approval of the Debtor's proposed disclosure statement.

                                          **Daniel M. McDermott**,
                                          UNITED STATES TRUSTEE
                                          Region 12

                                          By:/s/ L. Ashley Zubal
                                             L. Ashley Zubal
                                             ID # IS9998256
                                             Federal Building, Room 793
                                             210 Walnut Street,
                                             Des Moines, IA  50309-2108
                                             Ph: (515)323-2269 / Fax: 284-4986
                                             Ashley.Zubal@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that this document was sent to the parties shown below on September 20, 2016.

Parties receiving electronic service:

| | |
|---|---|
| Dale G. Haake | dhaake@katzlawfirm.com |
| H J Dane | hjdane@hjdane.com, kayla@hjdane.com, Elizabeth@hjdane.com |
| Timothy M Feeney | tfeeney@mcfe-law.com, pmoller@mcfe-law.com |
| Stephanie L Hinz | SHinz@pbalawfirm.com, dlatino@pbalawfirm.com |
| Douglas R Lindstrom | dlindstrom@l-wlaw.com, kdevoss@l-wlaw.com |
| John E. Waters | IDRBankruptcy@iowa.gov |
| Gregory N. Freerksen | gfreerksen@wmklaborlaw.com, tkroll@wmklaborlaw.com |
| Mark D. Walz | markwalz@davisrownlaw.com |
| Nathan J. Borland | Nathan.borland@usdoj.gov |
| Samuel Z. Marks | office@markslawdm.com |

Parties receiving hand or mailed service:

Willman Construction, Inc.
1129 W. 3rd Street
Davenport, IA 52802

See Attached List of Creditors.

    By:/s/ Shelly W. Fellner
        **Shelly W. Fellner**
        Legal Clerk
        United States Trustee's Office